UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN W. MILLER,<br><br>      Plaintiff,<br><br> -against-<br><br>APPLE, INC.,<br><br>      Defendant. | 25-CV-1172 (JPC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On February 10, 2025, Plaintiff John W. Miller commenced this action against Defendant Apple Inc. by filing the Complaint in this action. (*See* ECF 1.) By Order of Reference dated February 19, 2025, Judge John P. Cronan referred this case to me for general pretrial and dispositive motion purposes. (*See* ECF 6.)

On February 24, 2025, the Clerk of Court issued a summons as to Defendant. (*See* ECF 8.) On March 3, 2025, Plaintiff filed a Motion for Immediate Issuance of Summons, to effectuate service on Defendant. (*See* ECF 24.) A summons was previously issued as to Defendant; therefore, Plaintiff's March 3, 2025 motion is **DENIED** as moot. The Clerk of Court is respectfully requested to terminate ECF 24.

DATED: March 4, 2025
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge