UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN W. MILLER,

                Plaintiff,

-against-

APPLE, INC.,

                Defendant.

25-CV-1172 (JPC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On February 25, 2025, Plaintiff John W. Miller served the summons and complaint in this action on Defendant Apple, Inc.; Defendant was required to respond to the complaint by March 18, 2025. (*See* ECF 22, Proof of Service.) On March 18, 2025, Defendant filed a motion to dismiss the complaint. (*See* ECF 37, Mot. To Dismiss.)

Plaintiff shall file its opposition to Defendant's motion to dismiss by **April 8, 2025**. Defendant shall file its reply, if any, in support of the motion to dismiss **within 2 weeks** of Plaintiff's filing of an opposition to the motion to dismiss.

DATED: March 19, 2025
              New York, NY

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge