UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

John W. Miller, Plaintiff,

v.

Apple, Inc., Defendant.

Case No.: 25-CV-1172 (JPC) (RFT)

## NOTICE OF VIOLATION OF PRIOR COURT ORDER AND IMPROPER PARTICIPATION OF DEFENSE COUNSEL

**TO THE HONORABLE COURT:**

Plaintiff **John W. Miller, pro se**, respectfully submits this **Notice of Violation of Prior Court Order and Improper Participation of Defense Counsel**, and states as follows:

1. In **case 3:20-cv-00844**, before the **U.S. District Court for the District of South Carolina**, Magistrate Judge **Paige J. Gossett** entered **Docket Text Order No. 134** on **January 26, 2022**, granting **Apple, Inc.'s Motion to be Relieved from Mediation (ECF No. 121)**. This motion was **granted without opposition**, thereby excusing Apple, Inc. from further litigation obligations in that case.

2. Despite the prior **federal court ruling excusing Apple from litigation**, Defendant **Apple, Inc. has now engaged legal counsel in this action (SDNY Case No. 25-CV-1172)** who is simultaneously representing Sunil Sing.

3. This represents a **direct contradiction of the prior order** in South Carolina, as Apple, Inc. was **relieved from litigation obligations**, yet now appears through counsel who is attempting to litigate against the Plaintiff in SDNY.

4. This raises serious **procedural and ethical concerns**, as Apple, Inc. is attempting to re-enter litigation through counsel despite previously being excused from doing so. **Their legal strategy appears inconsistent with the prior ruling, and may constitute bad faith participation in this case.**

5. Plaintiff respectfully requests that this Court:

    - Take **Judicial Notice** of the prior **Docket Text Order (ECF No. 134)** issued by Magistrate Judge **Paige J. Gossett** in case **3:20-cv-00844**;

    - Require Defendant **Apple, Inc. to explain why its participation in this matter does not violate the prior ruling** excusing them from litigation obligations;

    - **Disqualify Apple's legal counsel from this case** if they are found to be improperly engaging in litigation despite the prior Order;

Page 1 /s/ John W. Miller, American Inventor

- Issue any further relief the Court deems just and necessary to ensure procedural fairness.

WHEREFORE, Plaintiff **notifies the Court of this procedural violation** and respectfully requests appropriate judicial intervention to prevent improper litigation participation in this case.

Dated: **March 20, 2025**
Respectfully submitted,

/s/ **John W. Miller**
John W. Miller, Pro Se
33 Gill Rd.
Waltham, MA 02453
(510) 710-5239
jwmiller382@icloud.com

## EXHIBIT # 1

| 01/26/2022 | 134 | **DOCKET TEXT ORDER granting without opposition 121 Motion to be relieved from mediation. Entered at the direction of Magistrate Judge Paige J. Gossett on 1/26/2022. (kkus, ) (Entered: 01/26/2022)** |
|---|---|---|