UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

John W. Miller, Plaintiff,

v.

Apple, Inc., Defendant.

Case No.: 25-CV-1172 (JPC) (RFT)

### PLAINTIFF'S MOTION TO DISQUALIFY DEFENDANT'S COUNSEL FOR VIOLATION OF PRIOR COURT ORDER

**TO THE HONORABLE COURT:**

Plaintiff **John W. Miller, pro se**, respectfully submits this **Motion to Disqualify Defendant's Counsel**, and in support states as follows:

1. **Prior Court Order Excusing Apple, Inc. from Litigation**

    - In **case 3:20-cv-00844**, before the **U.S. District Court for the District of South Carolina**, Magistrate Judge **Paige J. Gossett** issued **Docket Text Order No. 134** on **January 26, 2022**, granting Apple, Inc.'s **Motion to be Relieved from Mediation (ECF No. 121)**. This order effectively **excused Apple, Inc. from further litigation obligations in that case.**

2. **Improper Appearance of Counsel in SDNY**

    - Despite Apple's prior excusal, **Defendant's counsel, who also represents Sunil Sing, is now attempting to litigate against Plaintiff in SDNY** in direct contradiction of the prior ruling.

    - This constitutes an **improper attempt to re-enter litigation**, which the Court in **case 3:20-cv-00844** already ruled Apple, Inc. had been relieved from.

3. **Conflict of Interest and Ethical Concerns**

    - Defendant's counsel **simultaneously represents both Sunil Sing and Apple, Inc.**, which presents **a clear conflict of interest.**

    - Counsel is attempting to **litigate on Apple's behalf despite a federal court order preventing further participation in case 3:20-cv-00844.**

    - This conduct raises serious **ethical violations** and **violates professional responsibility rules** regarding conflicts of interest and compliance with judicial rulings.

4. **Prejudice to Plaintiff and Rule 55(b)(1) Default Judgment Enforcement**

- Defendant Apple, Inc. **defaulted and is subject to Rule 55(b)(1) enforcement.**
- If defense counsel is improperly participating in this case, their **continued presence unlawfully obstructs the enforcement of the Final Default Judgment.**
- **If Defendant's counsel is disqualified, Apple, Inc. will have no standing to challenge enforcement, rendering the Default Judgment final and enforceable.**

## RELIEF REQUESTED

Plaintiff respectfully requests that this Court: ✔ **Disqualify Defendant's counsel from further participation in this case** for violating the prior court order.
✔ **Strike any filings made by Apple, Inc. through improperly appearing counsel.**
✔ **Reaffirm that Apple, Inc. defaulted and has no standing to contest enforcement.**
✔ **Issue any further relief the Court deems necessary to uphold procedural fairness and compliance with prior judicial rulings.**

WHEREFORE, Plaintiff **moves to disqualify Defendant's counsel** and ensure **proper enforcement of the Final Default Judgment.**

Dated: **March 20, 2025**
Respectfully submitted,

/s/ **John W. Miller**
John W. Miller, Pro Se
33 Gill Rd.
Waltham, MA 02453
(510) 710-5239
jwmiller382@icloud.com