UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN WILLIAMS MILLER,<br><br>              Plaintiff,<br><br>  -against-<br><br>APPLE, INC.,<br><br>              Defendant. | 25cv01172 (JPC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Until this Court issues a decision on the pending motion to dismiss by Defendant Apple Inc. (ECF 37), Defendant Apple Inc. is relieved of any obligation to respond to any motions or notices filed by Plaintiff, absent a Court order directing that a response be submitted.

DATED:  April 3, 2025
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge