UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN W. MILLER,

                Plaintiff,

    -against-

APPLE, INC.,

                Defendant.

25-CV-1172 (JPC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

For the reasons set forth in my March 21, 2025 order filed at ECF 69, Plaintiff's additional motions seeking that Defendant's motion to dismiss and memorandum in support (ECF 37; ECF 38) be stricken from the docket (ECF 40; ECF 41; ECF 50; ECF 51) are **DENIED**. The Clerk of Court is respectfully requested to terminate ECF 40, 41, 50, and 51.

DATED: April 7, 2025
            New York, N.Y.

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge