UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
JOHN WILLIAMS MILLER,                                                   :
                                                                        :
                        Plaintiff,                                      :
                                                                        :
             -v-                                                      :        25 Civ. 1172 (JPC) (RFT)
                                                                        :
APPLE, INC.,                                                            :                ORDER
                                                                        :
                        Defendant.                                      :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On March 14, 2025, the Honorable Robyn F. Tarnofsky granted Plaintiff John Williams Miller, who is proceeding *pro se*, electronic case filing privileges. Dkt. 34. Since that time, Plaintiff has filed dozens of frivolous and vexatious submissions through ECF, averaging multiple filings every day. Plaintiff's actions have resulted in considerable expenditure of court resources to sort through the numerous, often repetitive, submissions he has made. The Court finds that Plaintiff has abused the electronic case filing privileges that Judge Tarnofsky afforded him and that revocation of those privileges is warranted.

       On April 16, 2025, Judge Tarnofsky issued a Report and Recommendation regarding Defendant's motion to dismiss. Dkt. 180. The Report and Recommendation, citing both Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1), advised the parties that they have fourteen days from service of the Report and Recommendation to file any objections, and warned that failure to timely file such objections would result in waiver of any right to object. *Id.* at 23. The parties may file one document each containing any objections to Judge Tarnofsky's Report and Recommendation. Any document objecting to the Report and Recommendation must be clearly titled "Objections to Report and Recommendation." Such document must comply with

the formatting and page limitations set forth in Local Civil Rule 7.1. Plaintiff should submit any objections through the Court's *Pro Se* Intake Unit, as outlined at https://www.nysd.uscourts.gov/prose. Should either party submit more than one document objecting to the Report and Recommendation, the Court will consider only the first document filed.

The Clerk of Court is respectfully directed to revoke Plaintiff's electronic case filing privileges and to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: April 16, 2025
New York, New York

                                                    JOHN P. CRONAN
                                          United States District Judge