```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                     :
JOHN WILLIAMS MILLER,                                :
                                                     :
                          Plaintiff,                 :
                                                     :
             -v-                                     :   25 Civ. 1172 (JPC) (RFT)
                                                     :
APPLE, INC.,                                         :   ORDER
                                                     :
                          Defendant.                 :
                                                     :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On April 16, 2025, Judge Tarnofsky issued a Report and Recommendation regarding Defendant's motion to dismiss. Dkt. 180. That same day, the Court ordered the Clerk of Court to revoke Plaintiff *pro se* John Williams Miller's electronic filing privileges, noting Plaintiff's abuse of those privileges and the attendant disproportionate expenditure of court resources required to sort through his numerous filings. Dkt. 186. Since the Court's April 16 Order was entered, Plaintiff has filed over a dozen other submissions through the Clerk of Court's *Pro Se* Intake Unit. Plaintiff's actions have continued to strain the finite resources of the Court.

Accordingly, Plaintiff shall refrain from making additional filings in this case until the Court rules on any objections to Judge Tarnofsky's Report and Recommendation on Defendant's motion to dismiss. As the sole exception to this directive, Plaintiff may file objections to Judge Tarnofsky's Report and Recommendation in accordance with the parameters for such a submission set forth in the Court's April 16 Order. *See* Dkt. 186 at 1-2 (providing that "[t]he parties may file one document each containing any objections to Judge Tarnofsky's Report and Recommendation. Any document objecting to the Report and Recommendation must be clearly titled 'Objections to Report and Recommendation.' Such document must comply with the formatting and page

limitations set forth in Local Civil Rule 7.1.").

Plaintiff is warned that violation of this or any other court order may result in sanctions, including monetary sanctions, contempt sanctions, and/or dismissal of the action with prejudice.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

SO ORDERED.

Dated: April 22, 2025
New York, New York

                                                JOHN P. CRONAN
                                        United States District Judge