UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

JOHN WILLIAMS MILLER,

                Plaintiff,                              25 **CIVIL** 1172 (JPC)(RFT)

      -against-                                   **JUDGMENT**

APPLE, INC.,

                Defendant.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 2, 2025, Judge Tarnofsky's Report and Recommendations dated April 7, 2025 and April 16, 2025 are adopted. Defendant's motion to dismiss is granted and this case is dismissed without prejudice for lack of personal jurisdiction. Leave to amend or supplement the Amended Complaint is denied. All other pending motions are denied as moot. Judgment is hereby entered in favor of Defendant Apple, Inc.; accordingly, the case is closed.

**Dated:** New York, New York
           June 2, 2025

                                                                **TAMMI M. HELLWIG**

                                                                 **Clerk of Court**

                                 **BY:**

                                                                **Deputy Clerk**